**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PRIMERICA LIFE INSURANCE COMPANY, a corporation,

Plaintiff,

v.

NADEZHDA GYOZALYAN, an individual; NAZELY GUZELIAN, an individual; LARISA POGOSYAN, an individual; and DOES 1 through 5, inclusive,

Defendants.

Case No. 2:25-cv-2440-JFW(MARx)

Hon. John F. Walter, Courtroom 7A

**ORDER RE: PLAINTIFF PRIMERICA LIFE INSURANCE COMPANY'S DECLARATORY JUDGMENT CLAIM**

Complaint filed: March 19, 2025

Having considered the Stipulation of Plaintiff Primerica Life Insurance Company ("Primerica") and Defendant Nadezhda Gyozalyan ("Gyozalyan") regarding Primerica's declarator judgment claim against Gyozalyan (Doc. No. 69), the Court finds GOOD CAUSE and hereby ORDERS as follows:

A. Judgment shall be entered in favor of Primerica, and against Gyozalyan, on Primerica's first claim for relief, for declaratory judgment;

B. Primerica is fully discharged from any and all claims by Gyozalyan to the portion of the policy benefit previously paid to Nazely Guzelian, or to any amounts representing that portion of the policy benefit, pursuant to California Insurance Code section 10172; and

C. Primerica is not obligated to pay to Gyozalyan the amount representing the portion of the policy benefit previously paid to Nazely Guzelian.

**IT IS SO ORDERED**

Dated: September 11, 2026

Hon. John F. Walter
United States District Judge